AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District |
|---|---|
| Name | Prisoner No.           Case No. |
| Place of Confinement | |
| ALFRED E. DIXON | 2 0 8 - 0  1 6 7 1   BAJ HC |
| Name of Petitioner (include name under which convicted) | T. FELKER, Warden MBSP |
| | Name of Respondent (authorized person having custody of petitioner) |

v.

Edmund G. Brown Jr.
The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Contra Costa County Superior Court, Martinez, CA. 94553

2. Date of judgment of conviction  October 18, 2005

3. Length of sentence  17 years

4. Nature of offense involved (all counts)  1 Count P.C. 288(a) enhanced by one strike, P.C. 667 subd.(a)(1), subds (b)(i)/1170.12, 662.5 subd. (b).

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

**FILED**
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

9. If you did appeal, answer the following:

(a) Name of court _1st Appellate District Court, Division 3_

(b) Result _Affirmed_

(c) Date of result and citation, if known _____

(d) Grounds raised _____

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _California Supreme Court_

(2) Result _Review Denied_

(3) Date of result and citation, if known _June 20, 2007_

(4) Grounds raised _same as here_

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _N/A_

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:
(a) (1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(3)

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court   N/A

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.   Yes ☐  No ☒
(2) Second petition,   Yes ☐  No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The State Court's use of Evidence Code (EC) § 1108, to present incriminating evidence against Petitioner, and then ~~Supporting FACTS (state briefly without citing cases or law)~~ also use it to block his defense to this 1996 charge, conjoined with the jurys' instruction with CALJIC 2.50.01, denied to Petitioner his fundamental constitutional right to present a meaningful defense to both the crime charged and the uncharged crime by: 1) denying him his right to confront his accuser; and 2) to present a meaningful defense to the crime.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

_____

(b) At arraignment and plea _____

_____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _John Ward, 584 Castro St, #802, San Francisco, CA 94114_

(f) In any post-conviction proceeding _N/A_

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

X _6/29/208_
     (date)

_Ralph E. Dixon Sr._
Signature of Petitioner

# JOHN WARD

*Attorney at Law*

584 Castro Street #802
San Francisco, California 94114
415 • 255 • 4996
johnward@tiscali.it

June 27, 2007

Mr. Alfred Dixon, F-11362
San Quentin State Prison
San Quentin, California 94964
**LEGAL MAIL**

Dear Mr. Dixon:

    Unfortunately, the California Supreme Court denied review in your case on June 20, 2007. You now have two options to seek further review:

1. A petition for certiorari to the Supreme Court of the United States. The deadline for that petition to be received by the court is September 15, 2007. For further information write: Clerk, U.S. Supreme Court, 1 First Street, N.E., Washington, D.C. 20043.

2. A petition for habeas corpus in the U.S. District Court, Northern District of California. The deadline for that petition to be received is September 14, 2008. For further information, write: Clerk, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

    This concludes my representation of you, and I sincerely wish you luck. I am enclosing your transcripts and a copy of the Supreme Court's Order.

Very truly yours,

John Ward

Court of Appeal, First Appellate District, Div. 3 - No. A113185
S152398

# IN THE SUPREME COURT OF CALIFORNIA

~~En Banc~~

THE PEOPLE, Plaintiff and Respondent,

v.

ALFRED E. DIXON, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED
JUN 2 0 2007
Frederick K. Ohlrich Clerk
_____
DEPUTY

GEORGE
_____
Chief Justice

PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.;28 U.S.C. 1746]

STATE OF CALIFORNIA    )
                       ) SS:
County of Lassen       )

I, (A) \_\_\_\_[signature]\_\_\_\_, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) _____, 20\_\_\_, I served a true and correct copy of the following document(s):

(C) _____

on each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.
Each party to the action has been duly served.

This copy is being mailed to (D):

I have mailed additional copies to (D):   N/A

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): _____ 20\_\_\_, at Susanville, California.

Signed: \_\_\_\_[signature]\_\_\_\_   CDC I.D. # **F67490**

---

HDSP MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: _____

SIGNED: _____