*Alfred E. Dixon*
PLAINTIFF/PETITIONER/MOVANT'S NAME
*F 11362*
PRISON NUMBER
*P.O. Box 3030*
*Susanville, CA 96127*
PLACE OF CONFINEMENT
*High Desert State Prison (HDSP)*
ADDRESS

**FILED**

JUL 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court
## District Of California

*ALFRED E. DIXON, SR.*

Plaintiff/Petitioner/Movant

v.

*T. FELKER, Warden, HDSP*

Defendant/Respondent

**2 0 8 - CV  7 6 7 1   DAD  MC**

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)

If "Yes," state the place of your incarceration

Are you employed at the institution?            ☐ Yes ☒ No

Do you receive any payment from the institution?    ☐ Yes ☒ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

     _____

     _____

     _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

     _____ORKLAND, CA, SSI social Security, disability,_____

     _____2/2/202,_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment  ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance  ☐ Yes ☒ No
   d. Disability or workers compensation  ☐ Yes ☒ No
   e. Social Security, disability or other welfare  ☐ Yes ☒ No
   e. Gifts or inheritances  ☐ Yes ☒ No
   f. Spousal or child support  ☐ Yes ☒ No
   g. Any other sources  ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

     _____

     _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:           Year:        Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes ☒ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.      N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
                              N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):                    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
                    SSI Social Security Disability

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 6/29/208    _Alfred E. Dixon, SR._
                      SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Dixon, Alfred__,
(NAME OF INMATE)

__F11362__,
(INMATE'S CDC NUMBER)

has the sum of $ __5.00__ on account to his/her credit at _____

__High Desert State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __0.00__.

·ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__7-16-08__
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
OFFICE
OFFICER'S FULL NAME (PRINTED)

CALIFORNIA DEPARTMENT OF CORRECTIONS

OFFICER'S TITLE/RANK

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___Dixon, Alfred___,
(NAME OF INMATE)

___F11362___,
(INMATE'S CDC NUMBER)

has the sum of $___⟨5.00⟩___ on account to his/her credit at _____

___High Desert State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $___0.00___,

and the *average monthly deposits* to the applicant's account was $___0.00___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT</u>
<u>STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD</u>
<u>IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___7-16-08___
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

OFFICER'S FULL NAME (PRINTED)

___Accountant Supervisor___
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Alfred E. Dixon SR. F-11362_____ , request and authorize the agency holding me in
<span style="font-size:smaller">(Name of Prisoner/ CDC No.)</span>
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a

certified copy of the statement for the past six months of my trust fund account (or institutional equivalent)

activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my

trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to

this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-

10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California,

and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which

I am obligated is either • $350 (civil complaint) or • $5 (habeas corpus petition) (check one). I also

understand that this fee will be debited from my account regardless of the outcome of this action. This

authorization shall apply to any other agency into whose custody I may be transferred.


DATE _6 '29 '2008_                         _Alfred E. Dixon Sr._
                                            SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                          REPORT DATE: 07/16/08
                                                 PAGE NO:          1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 16, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER : F11362                 BED/CELL NUMBER: FBB4T1000000128L
ACCOUNT NAME   : DIXON, ALFRED              ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY

      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
     DATE      HOLD
     PLACED    CODE         DESCRIPTION          COMMENT    HOLD AMOUNT
  ----------   ----   ----------------------------  ----------  -----------
  06/16/2008   H114   COPAY FEE, MED.          5945 06/09      5.00
                         TRUST ACCOUNT SUMMARY

    BEGINNING     TOTAL       TOTAL      CURRENT      HOLDS    TRANSACTIONS
     BALANCE    DEPOSITS   WITHDRAWALS   BALANCE     BALANCE   TO BE POSTED
  ------------ ----------- ------------ ------------ --------- ------------
        0.00        0.00         0.00        0.00        5.00         0.00
  ------------ ----------- ------------ ------------ --------- ------------
  ------------ ----------- ------------ ------------ --------- ------------

                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                  --------------
                                                         5.00-
                                                  --------------
                                                  --------------
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. 7-16-08 ATTEST: CALIFORNIA DEPARTMENT OR CORRECTIONS BY TRUST OFFICE