IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED E. DIXON,

      Petitioner,                          No. CIV S-08-1671 DAD P

   vs.

T. FELKER, Warden,

      Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a judgment of conviction entered by the Contra Costa County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County. Id. at 499 n.15; 28 U.S.C. § 2241(d). Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

1    2. This matter is transferred to the United States District Court for the Northern
2 District of California.
3 DATED: August 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
dixo1671.108