# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08−cv−01671−DAD

(HC) Dixon v. Brown  
Assigned to: Magistrate Judge Dale A. Drozd  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/21/2008  
Date Terminated: 08/06/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Alfred E. Dixon**      represented by    **Alfred E. Dixon**  
F−11362  
HIGH DESERT STATE PRISON (3030)  
P.O. BOX 3030  
SUSANVILLE, CA 96127−3030  
PRO SE

V.

**Respondent**

**Edmund G. Brown, Jr.**

**Respondent**

**T. Felker**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2008 | Ï 1 | PETITION for WRIT of HABEAS CORPUS by Alfred E. Dixon.(Mena−Sanchez, L) (Entered: 07/22/2008) |
| 07/21/2008 | Ï 2 | APPLICATION to proceed in forma pauperis by Alfred E. Dixon. (Mena−Sanchez, L) (Entered: 07/22/2008) |
| 07/22/2008 | Ï 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 8/25/2008 (Attachments: # 1 Order Re Consent) (Mena−Sanchez, L) (Entered: 07/22/2008) |
| 07/22/2008 | Ï | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Alfred E. Dixon. (Mena−Sanchez, L) (Entered: 07/22/2008) |
| 08/06/2008 | Ï 4 | ORDER signed by Magistrate Judge Dale A. Drozd on 08/05/08; CASE TRANSFERRED to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Manzer, C) (Entered: 08/06/2008) |
| 08/06/2008 | Ï | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Alfred E. Dixon (Manzer, C) (Entered: 08/06/2008) |