IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED E. DIXON,

    Petitioner,

  v.

EDMUND G. BROWN, JR., Warden, et al.,

    Respondents.
                                             /

No. C 08-03832 SBA (PR)

**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent has filed a motion to dismiss. Petitioner has not filed an opposition to the motion to dismiss.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time in which to file his opposition to Respondent's motion to dismiss. The time in which Petitioner may file his opposition to Respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date of this Order. Respondent shall file a reply brief no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

DATED: 10/7/09

                                                        SAUNDRA BROWN ARMSTRONG
                                                        UNITED STATES DISTRICT JUDGE

<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  ALFRED E DIXON,

             Plaintiff,                    Case Number: CV08-03832 SBA

5                                          **CERTIFICATE OF SERVICE**

     v.
6

7  EDMUND G BROWN JR et al,

             Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on October 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.

13

14

15 Alfred E. Dixon F-11362
   High Desert State Prison
16 P.O. Box 3030
   Susanville, CA 96127-3030

17

18 Dated: October 13, 2009

                                           Richard W. Wieking, Clerk
19                                         By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Dixon3832.EOT-OPP2MTD-Sua Sponte.wpd   2