IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. DIXON,<br><br>    Petitioner,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., Warden, et al.,<br><br>    Respondents.                  / | No. C 08-03832 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **thirty (30) days** from the date of this Order.

    If Respondent wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

DATED: 11/20/09

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Dixon3832.EOT.frm

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  ALFRED E DIXON,
                                                    Case Number: CV08-03832 SBA
5              Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
   v.
6
7  EDMUND G BROWN JR et al,

8              Defendant.
                                              /
9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on November 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13

14

15 Alfred E. Dixon F-11362
   High Desert State Prison
16 P.O. Box 3030
   Susanville, CA 96127-3030
17

18 Dated: November 24, 2009
                                                    Richard W. Wieking, Clerk
19                                                  By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Dixon3832.EOT.frm            2