1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFRED E. DIXON,                                    No. C 08-03832 SBA (PR)

         Petitioner,                          **ORDER GRANTING PETITIONER**
                                                    **ADDITIONAL TIME TO FILE**
 v.                                                 **OPPOSITION TO MOTION TO**
                                                    **DISMISS**
EDMUND G. BROWN, JR., Warden,

         Respondent.
_____/

      Petitioner Alfred E. Dixon, a state prisoner proceeding pro se, filed a petition for a

writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the constitutional validity of

his state conviction.  On April 22, 2009, the Court ordered Respondent to show cause why

the petition should not be granted.  On August 21, 2009, Respondent moved to dismiss the

petition as a mixed petition containing both exhausted and unexhausted claims.   Petitioner

opposed the motion.

      In an Order dated March 16, 2010, the Court granted the motion to dismiss and

ordered Petitioner to make an election regarding how he wanted to proceed with regard to his

unexhausted claims.  Thereafter, on April 7, 2010, Petitioner filed a letter requesting a stay of

the proceedings while he completed the process of exhausting his unexhausted claims.  On

May 5, 2010, the Court issued an order staying the petition and administratively closing the

case. (Dkt. 20).

      On February 17, 2011, Petitioner filed a status report indicating that he had exhausted

all claims in state court. (Dkt. 34).  On March 1, 2011, the Court ordered that Petitioner file

an amended petition within thirty days of the filing date of the order.  (Dkt. 35).  Petitioner

timely filed his amended petition on March 11, 2011.  (Dkt. 37).  On March 16, 2011, the

Court lifted the stay and issued an Order for Respondent to show cause why the amended

petition should not be granted.  (Dkt. 39).

      On May 9, 2011, Respondent filed a motion to dismiss the amended petition as

untimely and for failure to exhaust state remedies. (Dkt. 43).   Petitioner has not filed an

1    opposition.  However, on May 4, 2011, Petitioner filed a letter indicating that he had been

2    moved.  (Dkt. 42).  Petitioner indicates his address is now:

3        F-11362 Housing B-14-132 Low
         Donovan State Prison, PO Box 799002
4        San Diego, CA 92179-9002

5        On September 21, 2011, Petitioner filed a letter requesting his case status, indicating

6    that he had not received Respondent's motion to dismiss.   The certificate of service attached

7    to Respondent's motion indicates that it did not include the designation "B-14-132 Low" in

8    Petitioner's new address.  As such, it is possible that the motion was not delivered to

9    Petitioner.  Therefore, the Court will allow Petitioner thirty days from the date this order is

10   filed in which to file an opposition to Respondent's motion to dismiss.  The Clerk of the

11   Court shall ensure that Petitioner's correct address is on the docket.  The Clerk of the Court

12   shall send to Petitioner a copy of Respondent's motion to dismiss together with this Order.

### CONCLUSION

14        For the foregoing reasons,

15        IT IS HEREBY ORDERED THAT:

16        1.  Petitioner is granted thirty (30) days from the date of this Order is filed to file his

17   opposition to Respondent's motion to dismiss.  If Petitioner does not file an opposition

18   within this time frame, Respondent's motion will be deemed unopposed and any facts or

19   evidence submitted by Respondent will be undisputed and, therefore, may be taken to be

20   true.

21        2.  The Clerk of the Court shall input Petitioner's correct address on the docket.

22        3.  The Clerk of the Court shall sent to Petitioner a copy of Respondent's motion to

23   dismiss along with a copy of this Order.

24        IT IS SO ORDERED.

25   DATED:     1/30/13

                                        SAUNDRA BROWN ARMSTRONG
26                                      United States District Judge

27

28

United States District Court
For the Northern District of California

2

1    G:\PRO-SE\SBA\HC.08\Dixon3832.EOT Opp.wpd

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    ALFRED E DIXON,                              Case Number: CV08-03832 SBA

8              Plaintiff,                         **CERTIFICATE OF SERVICE**

9       v.

10   EDMUND G BROWN JR et al,

11            Defendant.

12   _____/

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14
     That on January 31, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18   Alfred E. Dixon F-11362
     Donovan State Prison
19   P.O. Box 799002
     San Diego, CA 92179-9002
20

21
     Dated: January 31, 2013
22
                                               Richard W. Wieking, Clerk
23                                             By: Lisa Clark, Deputy Clerk

24

25

26

27

28
                                               3

United States District Court
For the Northern District of California