UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFRED E. DIXON,<br><br>    Petitioner,<br><br>    vs.<br><br>EDMUND G. BROWN, JR. and<br>BRIAN DUFFY, Warden,<br><br>    Respondents. | Case No: C 08-03832 SBA (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondents.  Each party shall bear his own costs.

    IT IS SO ORDERED.

Dated: 2/8/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\HC.08\Dixon3832.jud.docx